442 A.2d 340

Guelich v. Guelich, Appellant.

Argued November 10, 1981.  Joanne R. Wilder, for appellant;  James A. Naddeo, for appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

The order is affirmed.   Having made an independent study of the entire record, we are of the opinion that the court below properly awarded custody to the petitioner in this case, and properly denied the petition of the respondent for modification.

POPOVICH, J., concurred in the result.